IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RASHAY MASON,

                Plaintiff,

   v.

DEPARTMENT OF HUMAN SERVICES
and BARACK OBAMA,

                Defendants.

ORDER

14-cv-624-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Rashay Mason has filed a proposed complaint against the "Department of Human Services" and the President. Her allegations seem to be related to a previous case that she filed in this court last year, Mason v. George Bush Administration, No. 13-cv-163-bbc (W.D. Wis.), but she does not say so explicitly. In her previous case, she alleged she had received poor care in a hospital emergency room, but I dismissed the complaint because she failed to explain how the defendants she named were responsible for any harm she suffered. In her new complaint, plaintiff says that "the medical attention that [she] needed has advanced" and that she "want[s] to speak to a person[] about health litigation ASAP because of advance and unknowledgeable reason of reaction."

      Plaintiff is proceeding in forma pauperis under 28 U.S.C. § 1915, so her complaint is subject to screening to determine whether it states a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). It is clear that plaintiff has not met that standard because

she still does not identify how defendants violated her rights or otherwise harmed her. Plaintiff seems to be seeking payment for medical expenses, but she cannot be awarded damages in a federal lawsuit without allegations showing that the defendants caused her to incur those expenses in a manner that violated the law. Accordingly, I am dismissing plaintiff's complaint for failure to state a claim upon which relief may be granted.

ORDER

IT IS ORDERED that plaintiff Rashay Mason's complaint is DISMISSED for her failure to state a claim upon which relief may be granted. The clerk of court is directed to enter judgment in favor of defendants Department of Human Services and Barack Obama and close this case.

Entered this 21st day of October, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge