IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RASHAY MASON,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No.  14-cv-624-bbc

DEPARTMENT OF HUMAN SERVICES
AND BARACK OBAMA,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Rashay Mason's complaint for failure to state a claim upon which relief may be granted.

/s/   October 21, 2014

Peter Oppeneer, Clerk of Court   Date